MARY SOTTILE, Respondent, v. JOHN SOTTILE, Appellant.— Order modified by striking out the provision for payment of counsel fee, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ALEXANDER I. RORKE and Another, Appellants, v. JULIA MACALPINE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY GOODSTEIN, Respondent, v. WILLIAM GREENBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. The examination to proceed at a time to be fixed upon application to the justice sitting at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LILLIAN LUCIANO v. FRANK T. HARBACH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RUBIN HORN v. PAULINE HORN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FLORENCE M. POLSEY v. WALDORF-ASTORIA, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FLOYD W. STOKER v. NEW YORK YELLOW CAB CO. SALES AGENCY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THOMAS J. MONROE v. ARTHUR H. CARLYLE.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly prosecuted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Arbitration between CARL SCHOEN SILK CORPORATION and JACOB C. EPSTEIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LAGANAS SHOE MANUFACTURING COMPANY v. THALHEIMS' WEARWELL SHOE CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RICHARD H. SCOBIE v. SIMON ALBERT HOLDING CORPORATION.—Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

D. STERRETT PINDELL v. THOMAS O'CONNOR, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

D. STERRETT PINDELL v. WATERFORD ELECTRIC LIGHT, HEAT AND POWER COMPANY, Impleaded, etc.—Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RAY STERN, as Administratrix, etc., of SOLOMON STERN, Deceased, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.